LIZZIE A. BUTTERWICK, *Plaintiff in Error*, v. PRISCILLA R. PEFFER, JOINED BY HER HUSBAND, CHARLES F. PEF-fer, *Defendants in Error*.

Opinion Filed February 4, 1919.

Where the verdict is not sustained by, but is contrary to the evidence, the judgment will be reversed.

A Writ of Error to the Circuit Court for Hernando

County; W. S. Bullock, Judge.

Judgment reversed.

*Davant & Davant*, for Plaintiff in Error;

*George C. Martin*, for Defendants in Error.

WHITFIELD, J.—On a declaration alleging the render-ing of personal service and labor, with a bill of partic-ulars for five months and eleven days personal services, labor, work and attention at $75.00 per month, totaling $402.50, with a credit of $7.95, leaving balance due $394.55, there were verdict and judgment for $402.50, and defendant took writ of error.

The evidence does not show the rendering of five months and eleven days of personal service and labor; and even if the credit of $7.95 was exactly overcome by

interest on the amount claimed so as to justify a recovery of $402.50 for services rendered, yet as the evidence does not show the rendering of the service for the entire time stated the verdict is erroneous. The defendants' testimony is not controverted, and is a defense to the action.

Judgment reversed.

BROWNE, C. J., AND TAYLOR AND ELLIS, J. J., concur.

WEST, J., dissents.